# Order

Michigan Supreme Court
**Lansing, Michigan**

February 12, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140469 & (3)

MATTHEW JAMES HEOS,
        Plaintiff,

v                                                                    SC: 140469

BOARD OF LAW EXAMINERS,
        Defendant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2010

_____
Clerk

d0212